```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                        WESTERN DIVISION
                  Civ. Action No. 5:13-00151-FL
```

ALONZA E. HOLLOWAY,        )
    Plaintiff,         )                    ORDER
                       )
    v.                 )
                       )
CAROLYN W. COLVIN,         )
Acting Commissioner        )
of Social Security,        )
                       )
    Defendant.         )

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's request, with the consent of Plaintiff's counsel, to remand this action for further administrative proceedings, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to Defendant for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 16th day of August 2013,

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge